MARY TRIMBLE, Respondent, *v.* MARY H. MACKENZIE, Appellant.

*Trimble* v. *Mackenzie*, 163 App. Div. 853, affirmed.
(Submitted March 23, 1917; decided April 6, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon three promissory notes. The answer consisted substantially of a general denial, except it was admitted that no part of the said notes have been paid; and as a separate defense it was alleged in the answer that the defendant executed the three notes in the amounts stated in the complaint, payable to Henry Flittner or order; that said Flittner died without having transferred the notes and that the notes became part of his estate and the amount due on said notes is properly located in New York state and to be administered under the laws of this state and the jurisdiction of its courts, and upon information and belief that no letters testamentary have ever been issued and that said notes have never been presented to the defendant for payment by any person legally authorized to enforce payment and collection thereof.

*Louis O. Van Doren* and *Herrick McClenthen* for appellant.

*Henry Willis Smith* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.